**Kenneth FORTUNE, Appellant**

**v.**

**Jeffery A. BEARD, Appellee.**

Supreme Court of Pennsylvania.

May 26, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**